UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MEGAN HUPE,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, a foreign corporation, and DOES 1 to 25,<br><br>Defendant. | CASE NO. 5:17-cv-02319-AB-SHK<br><br>**[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: October 16, 2017<br>Removal Date: November 15, 2017<br>Trial Date: April 16, 2019 |
|---|---|

The Court, having considered the parties' Stipulation of Voluntary Dismissal, with prejudice, hereby orders that this case is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATE: May 01, 2019

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge